**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | | |
| **MATTHEW G BILLINGS** | ) | CASE NO. | 10-12990 |
| **CARRIE C BILLINGS** | ) | CHAPTER | 13 |
| Debtor (s) | ) | | |

*OBJECTION TO CLAIM NO. 15-1*
*FILED BY B-LINE LLC*

Comes now the debtor, by counsel, and object to the Proof of Claim filed by B-Line LLC, in the amount of $5,241.00. In support thereof the undersigned now state:

1. That this bankruptcy was filed on July 6, 2010.

2. That Yamaha/GEMB originally filed a Claim in the above case, on or about March 3, 2011, for $5,241.00.

3. That a Transfer of Claim was filed by B-Line LLC on July 22, 2011.

4. That thereafter, on June 4, 2012 a joint transfer of claim was filed by InSolve Recovery LLC, which attempted to transfer the claims from the original creditor, to InSolve Recovery LLC.

5. That pursuant to the transfer of claims notices previously filed, these claims rightfully belong to B-Line LLC, and any transfer should be from B-Line LLC to Insolve Recovery LLC, and not from the original creditor.

6. That accordingly, as payments have been continuing to be made to B-Line LLC for this claim, the debtor objects to the claims until the rightful owner of this debt can be determined.

7. That the Trustee's office has spoke with Angie at extension 215, employed with InSolve Recovery LLC, in order to try and resolve this problem. No resolution has been forthcoming. Accordingly, the debtors believe that as the ownership of this claim (which appear valid on

their face, at the inception of the case), should be denied until such time as this matter can be resolved.

WHEREFORE, Debtors respectfully request that the Court disallow the proof of claim filed by B-Line LLC, and order such relief as is proper.

Dated: October 25, 2012 /s/ Jeffrey S. Arnold
Jeffrey S. Arnold, #19743-02
209 West Van Buren Street
Columbia City IN 46725
(260) 248-2169