**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| **MATTHEW G BILLINGS** ) | CASE NO.    10-12990 |
| **CARRIE C BILLINGS** ) | CHAPTER    13 |
| Debtor (s) ) | |

## ORDER

At Fort Wayne, Indiana on  February 15, 2013 , Debtors' attorney, Jeffrey S. Arnold, having filed an Objection to Claim #14-1 filed by B-Line LLC, and notice with opportunity to respond having been properly served upon said claimant and no response having been filed, it is now

ORDERED that the objection to Court Claim #14-1 filed by B-Line LLC, be and hereby is sustained with said claim being disallowed as the claim was not a debt of the debtors.

 /s/ Robert E. Grant 
Judge, United States Bankruptcy Court